# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**DAVID GOFFMAN,**

      **Plaintiff,**

v.                                                           Case No: 6:24-cv-554-ACC-EJK

**AUTO CLUB SOUTH INSURANCE COMPANY,**

      **Defendant.**

## ORDER

This cause comes before the Court *sua sponte*. On March 9, 2024, Plaintiff filed his Rule 26(a)(1)(A) Initial Disclosures. (Doc. 10.) This District prohibits litigants from filing discovery material unless "ordered by the Court, if necessary to the presentation or defense of a motion, or if required by law or rule." Middle District Discovery at 3;[1] *see also* Fed. R. Civ. P. 5(d)(1). Therefore, the filing at Docket Entry 10 is **STRICKEN**.

**DONE** and **ORDERED** in Orlando, Florida on May 29, 2024.

EMBRY J. KIDD
UNITED STATES MAGISTRATE JUDGE

---

[1] The Middle District Discovery (2021) handbook can be found on the Court's website, http://www.flmd.uscourts.gov, under the "For Lawyers" tab.